# **EXHIBIT A**

PH1 2416266v1 11/24/09

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| ~~DISTINCTIVE CALL RESPONSE~~, INC., *et al.*,[1] | : Case No. 09-~~14153~~ 14154 (KG) |
| Blue Hippo Funding, LLC Debtors. | : (Jointly Administered) |

---

[1] The Debtors are the following entities: Distinctive Call Response, Inc., a Delaware corporation ("Distinctive Call Response") (Tax ID NO. 26-4289306), 113 Barksdale Professional Center, Newark, DE 19711; Boost Credit, LLC, a Delaware limited liability company ("Boost Credit") (Tax ID NO. 26-4808482), 1000 N. West Street, Suite 1200, Wilmington, DE 19801; BlueHippo Funding, LLC, a Maryland limited liability company ("BlueHippo Funding") (Tax ID NO. 02-0684619); 7000 Security Boulevard, Suite 200, Baltimore, MD 21244; BlueHippo Capital, LLC, a Virginia limited liability company ("BlueHippo Capital, VA") (Tax ID NO. 20-4997420), 8000 Towers Crescent Drive, 13th Floor, Vienna, VA 22182; BlueHippo Capital, LLC, a Nevada limited liability company ("BlueHippo Capital, NV") (Tax ID NO. 20-4997420), 3960 Howard Hughes Parkway, Las Vegas, NV 89109; Digital Boulevard, LLC, a Virginia limited liability company ("Digital Boulevard") (Tax ID NO. 20-5361464), 8000 Towers Crescent Drive, 13th Floor, Vienna, VA 22182; Interactive Call Response, Inc., a Delaware corporation ("Interactive Call Response") (Tax ID NO. 26-4785035), 113 Barksdale Professional Center, Newark, DE 19711; Strategic Call Response, LLC, a Delaware limited liability company ("Strategic Call Response") (Tax ID NO. 26-4758508), 113 Barksdale Professional Center, Newark, DE 19711; Instant Call Response, LLC, a Delaware limited liability company ("Instant Call Response") (Tax ID NO. 27-0372357), 113 Barksdale Professional Center, Newark, DE 19711; Alliance Call Response, LLC, a Delaware limited liability company ("Alliance Call Response") (Tax ID NO. 27-1326088), 113 Barksdale Professional Center, Newark, DE 19711; Reliable Call Response, LLC, a Delaware limited liability company ("Reliable Call Response") (Tax ID NO. 27-1326137), 113 Barksdale Professional Center, Newark, DE 19711; Omega Call Response, LLC, a Delaware limited liability company ("Omega Call Response") (Tax ID NO. 27-1326199), 113 Barksdale Professional Center, Newark, DE 19711; Rapid Call Response, LLC, a Delaware limited liability company ("Rapid Call Response") (Tax ID NO. 27-0372286), 113 Barksdale Professional Center, Newark, DE 19711; and Dynamic Call Response, LLC, a Maryland limited liability company (f/k/a Edison Response, LLC)("Dynamic Call Response") (Tax ID NO. 20-5268404), 7000 Security Boulevard, Suite 200, Baltimore, MD 21244.